No. 4893.—Sucesión Vélez Soto, aplte., v. Vidal & Co., aplda.—C. D. Ponce. Feb. 25, 1929. Habiendo transcurrido el término que la ley señala para archivar en la secretaría de esta corte los autos de la apelación interpuesta en este caso, sin que se haya verificado el archivo, debe declararse con lugar la moción de la apelada de febrero 4 actual y en tal virtud se desestima el recurso.

No. 4908.—De la Cruz, aplte., v. Carballeira, Juez Municipal, recurrido y Nevárez, apldo.—C. D. San Juan. Feb. 26, 1929. No habiendo sido notificado en este caso el escrito de apelación ni al secretario de la corte sentenciadora ni a la parte adversa o a su abogado, y no siendo adecuada una notificación por correo, se declara con lugar la moción del apelado y en su consecuencia se desestima la apelación.

No. 4842.—Correa, aplte-apldo., v. Castro, apldo-aplte.— C. D. Humacao. Feb. 27, 1929. A la moción del demandante de 23 de febrero actual se le tiene por desistido de la apelación que interpusiera, teniéndose además por hecha su manifestación de haber fallecido el demandado-apelante-apelado, pudiendo continuar, eso no obstante, la apelación establecida por dicho demandado de acuerdo con la ley, debiendo el demandante notificar esta orden a los herederos del repetido demandado o al representante legal de los mismos y entonces se proveerá sobre la concesión de un plazo para presentar alegato y de no presentarse desestimarse el recurso.